1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | COAST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; ) CIVIL NO.  C 05 0571 SC
12 | and OCEANS WEST MARINE & INDUSTRIAL SUPPLY, INC., a California ) ~~[PROPOSED]~~ ORDER CHANGING TIME FOR HEARING ON DEFENDANT
13 | Corporation; ) REVERE'S MOTION TO DISMISS
14 |             Plaintiffs ) [Local Rules 6-1(b) and 6-2]
15 |    vs. )
16 | REVERE SUPPLY, INC., a Florida ) Date: July 8, 2005
    | Corporation; RFD BEAUFORT, LTD., a ) Time: 10:00 a.m.
17 | United Kingdom Company; and RFD ) Place: Courtroom 1, 17th Floor
    | BEAUFORT, INC., an Ohio Corporation; ) Judge: Honorable Samuel Conti
18 |                )
    |             Defendants )
19 | _____ )
20

21    Plaintiffs Coast Marine & Industrial Supply, Inc., a California Corporation, and Oceans
22 West Marine & Industrial Supply, Inc., a California corporation, and Defendant Revere Supply,
23 Inc., having stipulated, through their respective counsel, to a  request for the Court to continue the
24 time for hearing of Defendant Revere Supply, Inc.'s motion to dismiss, from July 8, 2005, to
25 August 5, 2005, with Plaintiff's opposition to the motion to be continued from June 17, 2005 to
26 July 8, 2005 and Defendant's reply to be continued from June 17, 2005 to July 22, 2005; said
27 stipulation having been submitted pursuant to Local Rules 6-1(b) and 6-2 and having been
28 supported by the Declaration of James A. Hennefer; the papers having been duly considered; and,

Case No. C 05 0571 SC, *Coast Marine v. Revere*
[Proposed] Order Continuing Hearing and Briefing                     - 1 -

1  good cause having been shown:

2  IT IS HEREBY ORDERED THAT:

3      1.    The hearing of Defendant Revere Supply, Inc.'s motion to dismiss is

4          continued from July 8, 2005, to August 5, 2005;

5      2.    The date for Plaintiff's opposition to the motion is continued from June 17, 2005 to

6          July 8, 2005; and

7      3.    The date for Defendant's reply is continued from June 17, 2005 to July 22, 2005.



IT IS SO ORDERED
Senior Judge Samuel Conti

Case No. C 05 0571 SC, *Coast Marine v. Revere*
[Proposed] Order Continuing Hearing and Briefing     - 2 -