| | |
|---|---|
| 1 | PETER H. MASON (State Bar No. 71839) |
|   | **FULBRIGHT & JAWORSKI L.L.P.** |
| 2 | 555 South Flower Street, 41st Floor |
|   | Los Angeles, California 90071 |
| 3 | Telephone: (213) 892-9200 |
|   | Facsimile: (213) 892-9494 |
| 4 | Email: pmason@fulbright.com |
| 5 | DAVID M. FOSTER (D.C. Bar No. 358247) |
|   | GEORGE A. GASPER (D.C. Bar No. 488988) |
| 6 | *(Pro Hac Vice Applications Pending)* |
|   | **FULBRIGHT & JAWORSKI L.L.P.** |
| 7 | 801 Pennsylvania Avenue, N.W., 5th Floor |
|   | Washington, D.C. 20004-2623 |
| 8 | Telephone: (202) 662-0200 |
|   | Facsimile: (202) 662-4643 |
| 9 | Email: dfoster@fulbright.com |
| 10 | Attorneys for Defendants |
|    | RFD BEAUFORT, LTD. and |
| 11 | RFD BEAUFORT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COAST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; and OCEANS WEST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation, | ) ) ) ) ) | Civil Action No. C 05 0571 SC |
| | ) ) | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | [Local Rule 6-1(a)] |
| REVERE SUPPLY, INC., a Florida Corporation; RFD BEAUFORT, LTD., a United Kingdom Company; and RFD BEAUFORT, INC., an Ohio Corporation. | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

Plaintiffs Coast Marine & Industrial Supply, Inc., a California corporation, and Oceans West Marine & Industrial Supply, Inc., a California corporation ("Plaintiffs"), and Defendants RFD Beaufort, Ltd., a United Kingdom Company, RFD Beaufort, Inc., an Ohio corporation, and Revere Supply, Inc. (collectively "Defendants"), through their respective counsel, hereby stipulate that the time within which Defendants must answer or otherwise respond to the First

Amended Complaint which is on file herein shall be extended to and including August 26, 2005. This extension of time shall not affect any other dates or deadlines in this litigation.

JAMES A. HENNEFER
**HENNEFER & WOOD**

DATED: August 4, 2005

By *[signature]*
James A. Hennefer
Attorneys for Plaintiffs

PETER H. MASON
DAVID M. FOSTER
GEORGE A. GASPER
**FULBRIGHT & JAWORSKI L.L.P.**

DATED: August 1, 2005

By *[signature]*
Peter H. Mason
Attorneys for Defendants
RFD BEAUFORT, LTD. and
RFD BEAUFORT, INC.

JOHN R. HURLEY
**DLA PIPER RUDNICK GRAY CARY**

DATED: August 2, 2005

By *[signature]*
John R. Hurley
Attorneys for Defendant
REVERE SUPPLY, INC.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Samuel Conti, 8/10/05]*

Case No. C 05 0571 SC
STIPULATION TO EXTEND TIME