1  DAVID F. GROSS (Bar No. 083547)
   JEFFREY M. HAMERLING (Bar No. 091532)
2  JOHN R. HURLEY (Bar No. 203641)
   DLA PIPER RUDNICK GRAY CARY US LLP
3  153 Townsend Street, Suite 800
   San Francisco, CA  94107-1957
4  Tel: 415.836.2500
   Fax: 415.836.2501
5
   Attorneys for Defendant
6  REVERE SUPPLY, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COAST MARINE & INDUSTRIAL           CASE NO. C-05-0571 SC
   SUPPLY, INC., a California Corporation;
12 and OCEANS WEST MARINE SUPPLY,      STIPULATION AND [PROPOSED]
   INC., a California Corporation,     ORDER FOR CONTINUANCE OF CASE
13                                     MANAGEMENT CONFERENCE AND
                Plaintiffs,            HEARING ON RULE 12(B)(6) MOTIONS
14
        v.
15
   REVERE SUPPLY, INC., a Florida
16 Corporation; RFD BEAUFORT, LTD., a
   United Kingdom Company; and RFD
17 BEAUFORT, INC., an Ohio Corporation,,

18              Defendants.

19

20      Plaintiffs Coast Marine & Industrial Supply, Inc. and Oceans West Marine & Industrial

21 Supply, Inc. (collectively "Plaintiffs") and Defendants Revere Supply, Inc., RFD Beaufort, Ltd.,

22 and RFD Beaufort, Inc., through their respective counsel, hereby stipulate and request

23 continuance of the hearing of Defendants' Rule 12(b)(6) motions to dismiss from October 14,

24 2005 to October 28, 2005, and for continuance of the initial case management conference from

25 September 23, 2005 to November 18, 2005.

26      The reason for the requested continuances is that the parties have been engaged in

27 significant and substantive settlement negotiations that could obviate the need for further

28 proceedings in this matter.  The requested continuances would allow the parties to attempt to

-1-

1 reach and finalize an agreement while avoiding unnecessary expenditure of resources by the
2 parties and the Court.
3     There has been no prior extension or change in time of hearing on Defendants' currently
4 pending Rule 12(b)(6) motions to dismiss. The initial case management conference was
5 previously continued to September 23, 2005 by stipulation of the parties.
6     WHEREFORE, the Plaintiffs and Defendants respectfully stipulate and request that the
7 time for hearing of Defendants' motions to dismiss and the initial case management conference
8 be continued as set forth above.

Dated: September 13, 2005      HENNEFER & WOOD

By _____
JAMES A. HENNEFER
Attorneys for Plaintiffs
COAST MARINE & INDUSTRIAL SUPPLY,
INC., and OCEANS WEST MARINE
SUPPLY, INC.

Dated: September ___, 2005      DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JOHN R. HURLEY
Attorneys for Defendant
REVERE SUPPLY, INC.

Dated: September ___, 2005      FULBRIGHT & JAWORSKI L.L.P.

By _____
PETER H. MASON
Attorneys for Defendant
RFD BEAUFORT, LTD. and RFD
BEAUFORT, INC.

DLA PIPER RUDNICK GRAY CARY US LLP

SF\3115212.1
357404-1

-2-
STIPULATION AND PROPOSED ORDER FOR CONTINUANCE

09/13/05 TUE 15:06 [TX/RX NO 6071]

reach and finalize an agreement while avoiding unnecessary expenditure of resources by the parties and the Court.

There has been no prior extension or change in time of hearing on Defendants' currently pending Rule 12(b)(6) motions to dismiss. The initial case management conference was previously continued to September 23, 2005 by stipulation of the parties.

WHEREFORE, the Plaintiffs and Defendants respectfully stipulate and request that the time for hearing of Defendants' motions to dismiss and the initial case management conference be continued as set forth above.

Dated: September ____, 2005     HENNEFER & WOOD

By _____
JAMES A. HENNEFER
Attorneys for Plaintiffs
COAST MARINE & INDUSTRIAL SUPPLY, INC., and OCEANS WEST MARINE SUPPLY, INC.

Dated: September 13, 2005     DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JOHN R. HURLEY
Attorneys for Defendant
REVERE SUPPLY, INC.

Dated: September ____, 2005     FULBRIGHT & JAWORSKI L.L.P.

By _____
PETER H. MASON
Attorneys for Defendant
RFD BEAUFORT, LTD. and RFD BEAUFORT, INC.

1  reach and finalize an agreement while avoiding unnecessary expenditure of resources by the
2  parties and the Court.
3      There has been no prior extension or change in time of hearing on Defendants' currently
4  pending Rule 12(b)(6) motions to dismiss. The initial case management conference was
5  previously continued to September 23, 2005 by stipulation of the parties.
6      WHEREFORE, the Plaintiffs and Defendants respectfully stipulate and request that the
7  time for hearing of Defendants' motions to dismiss and the initial case management conference
8  be continued as set forth above.

Dated: September ____, 2005         HENNEFER & WOOD

By _____
JAMES A. HENNEFER
Attorneys for Plaintiffs
COAST MARINE & INDUSTRIAL SUPPLY, INC., and OCEANS WEST MARINE SUPPLY, INC.

Dated: September ____, 2005         DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JOHN R. HURLEY
Attorneys for Defendant
REVERE SUPPLY, INC.

Dated: September 12, 2005           FULBRIGHT & JAWORSKI L.L.P.

By _____
PETER H. MASON
Attorneys for Defendant
RFD BEAUFORT, LTD. and RFD BEAUFORT, INC.

## [proposed] ORDER

Based on the stipulation of the parties and good cause shown:

1. The hearing on Defendants' pending Rule 12(b)(6) motions to dismiss, currently set for October 14, 2005, is continued to October 28, 2005, at 10:00 a.m.

2. The initial case management conference in this matter, currently set for September 23, 2005, is continued to November 18, 2005, at 10:00 a.m. The parties shall file one joint case management conference statement no later than seven calendar days prior to the conference.

IT IS SO ORDERED.

September 14, 2005

_____
Hon. [signature: Samuel Conti]
United [Judge Samuel Conti]

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick Gray Cary US LLP, 153 Townsend Street, 8th Floor, San Francisco, CA 94107. On September 13, 2005, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON RULE 12(B)6) MOTIONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| James A. Hennefer<br>Hennefer & Wood<br>425 California Street, Suite 1900<br>San Francisco, CA 94101<br>T: (415) 421-6100<br>F: (415) 421-1815 | Attorneys for Plaintiff Coast Marine & Industrial Supply, Inc., et al. |
| Peter H. Mason<br>Fulbright & Jaworski LLP<br>865 South Figueroa Street<br>Twenty-Ninth Floor<br>Los Angeles, CA 90017-2571<br>T: (213) 892-9200<br>F: (213) 680-4518 | Attorneys for Defendants RFD Beaufort, Ltd. and RFD Beaufort, Inc. |
| Peter E. Nicandri, Esq.<br>Milam Howard Nicandri Dees Gillam, PA<br>50 North Laura Street, Ste. 2900<br>Jackville, FL 32202<br>T: (904) 357-3660<br>F: (904) 357-3661 | |

1     I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

    Executed on September 13, 2005, at San Francisco, California.

*Shelley Marlowe*
Shelley Marlowe

DLA PIPER RUDNICK
GRAY CARY US LLP

PROOF OF SERVICE