1  DAVID F. GROSS (Bar No. 083547)
   JEFFREY M. HAMERLING (Bar No. 091532)
2  JOHN R. HURLEY (Bar No. 203641)
   DLA PIPER RUDNICK GRAY CARY US LLP
3  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
4  Tel: 415.836.2500
   Fax: 415.836.2501
5
   Attorneys for Defendant
6  REVERE SUPPLY, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 COAST MARINE & INDUSTRIAL          CASE NO. C-05-0571 SC
   SUPPLY, INC., a California Corporation;
12 and OCEANS WEST MARINE SUPPLY,     **STIPULATION AND [PROPOSED]**
   INC., a California Corporation,    **ORDER TAKING RULE 12(B)(6)**
13                                    **MOTIONS OFF CALENDAR**
                Plaintiffs,
14
        v.
15
   REVERE SUPPLY, INC., a Florida
16 Corporation; RFD BEAUFORT, LTD., a
   United Kingdom Company; and RFD
17 BEAUFORT, INC., an Ohio Corporation,,

18              Defendants.

---

-1-

SF\3115942.1         STIPULATION AND PROPOSED ORDER
357404-1

DLA PIPER RUDNICK
GRAY CARY US LLP

1  Plaintiffs Coast Marine & Industrial Supply, Inc. and Oceans West Marine & Industrial
2  Supply, Inc. (collectively "Plaintiffs") and Defendants Revere Supply, Inc., RFD Beaufort, Ltd.,
3  and RFD Beaufort, Inc. (collectively "Defendants") have reached a settlement in principle in this
4  matter and are in the process of documenting the settlement.

5  The parties, through their respective counsel, therefore stipulate and request that
6  Defendants' Rule 12(b)(6) motions to dismiss, currently set for hearing on October 28, 2005, be
7  taken off calendar without prejudice to Defendants' right to later refile and/or assert the
8  arguments therein.

Dated: October ____, 2005        HENNEFER & WOOD


                                 By _____
                                    JAMES A. HENNEFER
                                    Attorneys for Plaintiffs
                                    COAST MARINE & INDUSTRIAL SUPPLY,
                                    INC., and OCEANS WEST MARINE
                                    SUPPLY, INC.

Dated: October 7, 2005           DLA PIPER RUDNICK GRAY CARY US LLP


                                 By _____
                                    JOHN R. HURLEY
                                    Attorneys for Defendant
                                    REVERE SUPPLY, INC.

Dated: October 7, 2005           FULBRIGHT & JAWORSKI L.L.P.


                                 By _____
                                    PETER H. MASON
                                    Attorneys for Defendant
                                    RFD BEAUFORT, LTD. and RFD
                                    BEAUFORT, INC.

1  Plaintiffs Coast Marine & Industrial Supply, Inc. and Oceans West Marine & Industrial
2  Supply, Inc. (collectively "Plaintiffs") and Defendants Revere Supply, Inc., RFD Beaufort, Ltd.,
3  and RFD Beaufort, Inc. (collectively "Defendants") have reached a settlement in principle in this
4  matter and are in the process of documenting the settlement.
5      The parties, through their respective counsel, therefore stipulate and request that
6  Defendants' Rule 12(b)(6) motions to dismiss, currently set for hearing on October 28, 2005, be
7  taken off calendar without prejudice to Defendants' right to later refile and/or assert the
8  arguments therein.

Dated: October 6, 2005

HENNEFER & WOOD

By _____
JAMES A. HENNEFER
Attorneys for Plaintiffs
COAST MARINE & INDUSTRIAL SUPPLY,
INC., and OCEANS WEST MARINE
SUPPLY, INC.

Dated: October ___, 2005

DLA PIPER RUDNICK GRAY CARY US LLP


By _____
JOHN R. HURLEY
Attorneys for Defendant
REVERE SUPPLY, INC.

Dated: October ___, 2005

FULBRIGHT & JAWORSKI L.L.P.


By _____
PETER H. MASON
Attorneys for Defendant
RFD BEAUFORT, LTD. and RFD
BEAUFORT, INC.

1                                      **[proposed] ORDER**

2      Based on the stipulation of the parties and good cause shown, Defendants' Rule 12(b)(6)

3 motions to dismiss, currently set for hearing on October 28, 2005, are herby taken off calendar

4 without prejudice to Defendants' right to later refile and/or assert the arguments therein..

6      IT IS SO ORDERED.

10          October 11, 2005



Hon.
United States
Judge Samuel Conti

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a resident of the state of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick Gray Cary US LLP, 153 Townsend Street, 8th Floor, San Francisco, CA 94107. On October 7, 2005, I served the within documents: |

**STIPULATION AND [PROPOSED] ORDER TAKING RULE 12(B)(6) MOTIONS OFF CALENDAR**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| James A. Hennefer<br>Hennefer & Wood<br>425 California Street, Suite 1900<br>San Francisco, CA 94101<br>T: (415) 421-6100<br>F: (415) 421-1815 | Attorneys for Plaintiff Coast Marine & Industrial Supply, Inc., et al. |
| Peter H. Mason<br>Fulbright & Jaworski LLP<br>865 South Figueroa Street<br>Twenty-Ninth Floor<br>Los Angeles, CA 90017-2571<br>T: (213) 892-9200<br>F: (213) 680-4518 | Attorneys for Defendants RFD Beaufort, Ltd. and RFD Beaufort, Inc. |
| Peter E. Nicandri, Esq.<br>Milam Howard Nicandri Dees Gillam, PA<br>50 North Laura Street, Ste. 2900<br>Jackville, FL 32202<br>T: (904) 357-3660<br>F: (904) 357-3661 | |

1  I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2

3  Executed on October 7, 2005, at San Francisco, California.

      _____
      Shelley Marlowe