| | |
|---|---|
| 1 | James A. Hennefer (SBN 059490)<br>HENNEFER & WOOD |
| 2 | 425 California Street, 19th Floor<br>San Francisco, CA 94104-2296 |
| 3 | Telephone: (415) 421-6100<br>Facsimile:  (415) 421-1815 |
| 4 | |
| 5 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COAST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; and OCEANS WEST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; | ) ) ) ) ) ) ) | CIVIL NO.  C 05 0571 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE** |
| Plaintiffs | ) ) | |
| vs. | ) ) | Local Rule 16(d) |
| REVERE SUPPLY, INC., a Florida Corporation; RFD BEAUFORT, LTD., a United Kingdom Company; and RFD BEAUFORT, INC., an Ohio Corporation; | ) ) ) ) ) | Date:    November 18, 2005<br>Time:    10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Honorable Samuel Conti |
| Defendants | ) ) | |

   The parties to this action, Coast Marine & Industrial Supply, Inc. ("COMAR"),Oceans West Marine & Industrial Supply, Inc. ("Oceans West"), Revere Supply, Inc., ("Revere"), RFD Beaufort, Ltd. ("RFD Ltd.") and RFD Beaufort, Inc. ("RFD, Inc.") through their respective counsel, hereby represent and stipulate as follows.

   The parties have reached agreement on settlement of this matter.  The settlement requires documentation through a number of agreements.  It is expected that this documentation will be completed and the matter will be dismissed within the next thirty (30) days.  The parties therefore

*CASE NO. C 05 0571 SC*
*STIPULATION AND [PROPOSED] ORDER*
*RE CASE MANAGEMENT CONFERENCE*                                                                                        C028.02P006

1  stipulate, subject to approval of the Court, to continue the Case Management Conference from
2  November 18, 2005, at 10:00 a.m. to December 9, 2005, at 10:00 a.m.
3
4  IT IS SO STIPULATED
5
6  Dated: November 8, 2005                    HENNEFER & WOOD
7
8                                              By_____/s/_____
                                                     James A. Hennefer
9                                              Attorneys for Plaintiffs
                                                Coast Marine & Industrial Supply, Inc.
10                                              Oceans West Marine & Industrial Supply, Inc.
11
12 Dated: November 8, 2005                    DLA PIPER RUDNICK GRAY CARY US, LLP
13                                              By_____/s/_____
                                                     John R. Hurley
14
15                                              Attorneys for Defendant
                                                Revere Supply, Inc.
16
17 Dated: November 8, 2005                    FULBRIGHT & JAWORSKI, LLP
18                                              By_____/s/_____
                                                     Peter H. Mason
19
20                                              Attorneys for Defendants
                                                RFD Beaufort, Ltd.
                                                RFD Beaufort, Inc.
21
22
23 IT IS SO ORDERED:
24
25        11/9/05                            _____
26                                              United States District Judge
                                                Judge Samuel Conti
27
28 *CASE NO.* C 05 0571 SC
   *STIPULATION AND [PROPOSED] ORDER*
   *RE CASE MANAGEMENT CONFERENCE*                                C028.02P006

-2-