1  James A. Hennefer (SBN 059490)
   HENNEFER & WOOD
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (415) 421-6100
   Facsimile:  (415) 421-1815
4
   Attorneys for Plaintiffs
5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | COAST MARINE & INDUSTRIAL            ) CIVIL NO.  C 05 0571 SC
   | SUPPLY, INC., a California Corporation; )
12 | and OCEANS WEST MARINE &             ) **STIPULATION AND [Proposed]**
   | INDUSTRIAL SUPPLY, INC., a California ) **ORDER DISMISSING ACTION**
13 | Corporation;                         ) **WITH PREJUDICE**
   |                                      )
14 |              Plaintiffs               )
   |                                      )
15 |   vs.                                )
   |                                      ) Date: N/A
16 | REVERE SUPPLY, INC., a Florida       ) Time: N/A
   | Corporation; RFD BEAUFORT, LTD., a   ) Place: Courtroom 1, 17th Floor
17 | United Kingdom Company; and RFD      ) Judge: Honorable Samuel Conti
   | BEAUFORT, INC., an Ohio Corporation; )
18 |                                      )
   |              Defendants              )
19 | _____ )

20

21         Plaintiffs Coast Marine & Industrial Supply, Inc., a California Corporation, and Oceans

22 West Marine & Industrial Supply, Inc., a California corporation, and defendants Revere Supply,

23 Inc., RFD Beaufort, Ltd. and RFD Beaufort, Inc. by and through their respective counsel, hereby

24 stipulate as follows.

25

26         This action has been resolved by the parties on terms acceptable to all parties.  The parties

27 therefore stipulate and agree that this action shall be dismissed with prejudice, each party to bear its

28 own costs and attorney fees.


Case No. C 05 0571 SC, *Coast Marine v. Revere*
Stipulated Request to Dismiss and [Proposed] Order                                              - 1 -

1  IT IS SO STIPULATED

3  Dated: March 3, 2006                    HENNEFER & WOOD

5                                          By    /s/James A. Hennefer
                                               James A. Hennefer
6                                              Attorneys for Plaintiffs

9  Dated: March 3, 2006                    DLA PIPER RUDNICK GRAY CARY, L.L.P.

11                                         By    /s/ John R. Hurley
                                               John R. Hurley
12                                             Attorneys for Defendant
                                               Revere Supply, Inc.

14 Dated: March 3, 2006                    FULBRIGHT & JAWORSKI L.L.P.

16                                         By    /s/ David M. Foster
                                               David M. Foster
17                                             Attorneys for Defendants
                                               RFD Beaufort, Ltd and RFD Beaufort, Inc.

18 IT IS HEREBY ORDERED:

20    That this action shall be and hereby is dismissed with prejudice, each party to bear its own
21 costs and attorneys' fees.

23 Dated: March __13__, 2006

                                           _____
                                           [IT IS SO ORDERED /s/ Samuel Conti]
                                           Judge Samuel Conti, Judge